WILLIAM P. VOLK, ESQ.
Nevada Bar No. 6157
Email: wvolk@nevadafirm.com
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
Email: jlujan@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  (702) 791-0308
Facsimile:  (702) 791-1912

*and*

MILTON G. HAMMOND (*pro hac vice forthcoming*)
Texas Bar No. 08867720
RAMJI LAW GROUP, P.C.
9186 Katy Freeway
Houston, TX 77055
Telephone: (832) 674-0209
Facsimile: (866) 672-3372
Email: mhammond@calltheram.com
Service Email: service@ramjilaw.com

*Attorneys for Defendant James Settlement Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH LANE, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CONESTOGA SETTLEMENT SERVICES, LLC, *et al.*,<br><br>                    Defendants. | Case No.:  2:20-cv-01716-APG-BNW<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT JAMES SETTLEMENT SERVICES, LLC TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

        Plaintiffs, by and through their counsel of record, Reese Marketos LLP and King & Durham, PLLC, and Defendant James Settlement Services, LLC ("JSS"), by and through its counsel of record, Ramji Law Group, hereby stipulate to an extension of time by which JSS must

respond to the Complaint by, and including, **November 9, 2020** (November 8 being a Sunday). This Stipulation is made and based upon the following:

1.     Plaintiffs filed their Complaint on September 17, 2020, in which they allege that Defendants engaged in tortious conduct and misrepresented certain aspects of life settlement investments.  (ECF No. 1).  Plaintiffs seek certification to represent a class of similarly situated individuals across the country.  *Id*.

2.     JSS was served with the Complaint on September 18, 2020.  JSS's response is currently due October 9, 2020.

3.     Counsel for JSS represent that they have recently been engaged and require additional time to evaluate Plaintiffs' allegations and prepare a response, taking into account the exercise of due diligence.

4.     In light of the foregoing, the parties agree and request that JSS shall have up to, and including, **November 9, 2020**, to respond to the Complaint.

5.     JSS thus requests that the Court accept this Stipulation and enter this proposed order.  This is the first request for an extension of time.  This Stipulation is entered into in good faith and not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.      Counsel for JSS will submit a *pro hac vice* motion on or before the requested answer date.

DATED this 8th day of October, 2020.

By: /s/ *William P. Volk*

WILLIAM P. VOLK, ESQ.
Nevada Bar No. 6157
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*And*

MILTON G. HAMMOND, ESQ.
(*pro hac vice forthcoming*)
Texas Bar No. 08867720
RAMJI LAW GROUP, LLC
9186 Katy Freeway
Houston, TX 77055


*Counsel for Defendant JSS*

DATED this 8th day of October, 2020.

By: /s/ *Matthew L. Durham (with permission)*

MATTHEW L. DURHAM, ESQ.
Nevada Bar No. 10342
KING DURHAM
6385 S. Rainbow Rd., Ste. 220
Las Vegas, Nevada 89118

*Counsel for Plaintiff Kenneth Lane*


**IT IS SO ORDERED**

**DATED:** 12:23 pm, October 14, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3