Adam Sanderson
Texas Bar No. 24056264
(*Admitted pro hac vice*)
adam.sanderson@rm-firm.com
Brett S. Rosenthal
Texas Bar No. 24080096
(*Admitted pro hac vice*)
brett.rosenthal@rm-firm.com
REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
Telephone: 214.382.9810
Facsimile: 214.501.0731

Gregory H. King
Nevada Bar No. 7777
gking@kingdurham.com
Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LANE, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>CONESTOGA SETTLEMENT SERVICES, LLC, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-01716-APG-BNW<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>**(First Request)** |

Plaintiffs file this Unopposed Motion for Extension of Time to File Responses to Defendant Provident Trust Group, LLC's pending Motion to Transfer (ECF No. 34), Motion to Compel Arbitration (ECF No. 35), and Motion to Dismiss Plaintiffs' Complaint Against Provident (ECF No. 36) (collectively, the "Motions"). The Motions were filed on November 9, 2020, meaning Plaintiffs' responses to the Motions are due on November 23, 2020.

1  Plaintiffs request a twenty-one day extension of time to file their responses to the Motions.
2  If the Court grants this request, the new deadline will be December 14, 2020. This is the first
3  request for an extension of time to respond to the Motions.
4  Plaintiffs seek this extension not for purposes of delay but because of the significant
5  briefing they must prepare to respond to the three Motions. Counsel for the Movant has agreed to
6  the requested extension. Thus, Plaintiffs respectfully request that the Court grant the extension and
7  order that Plaintiffs' responses to the Motions be reset to December 14, 2020.

8  DATED: November 18, 2020         REESE MARKETOS LLP

10                                  By     /s/ Adam Sanderson
                                    ADAM SANDERSON
11                                  Texas Bar No. 24056264
                                    (*Admitted pro hac vice*)
12                                  BRETT S. ROSENTHAL
                                    Texas Bar No. 24080096
13                                  (*Admitted pro hac vice*)
                                    750 N. Saint Paul St., Suite 600
14                                  Dallas, Texas 75201-3201

16  DATED: November 18, 2020         KING & DURHAM PLLC

17
                                    By     /s/ Matthew L. Durham
18                                  GREGORY H. KING
                                    Nevada Bar No. 7777
19                                  MATTHEW L. DURHAM
                                    Nevada Bar No. 12060
20                                  6385 S. Rainbow Blvd., Suite 220
                                    Las Vegas, Nevada 89118
21
                                    ATTORNEYS FOR PLAINTIFFS
22

23                                  **ORDER**

24                                  IT IS SO ORDERED.

26  DATED: November 19, 2020         _____
                                    UNITED STATES DISTRICT COURT JUDGE