1   Adam Sanderson
    Texas Bar No. 24056264
2   (*Admitted pro hac vice*)
    adam.sanderson@rm-firm.com
3   Brett S. Rosenthal
    Texas Bar No. 24080096
4   (*Admitted pro hac vice*)
    brett.rosenthal@rm-firm.com
5   REESE MARKETOS LLP
    750 N. Saint Paul St., Suite 600
6   Dallas, Texas 75201-3201
    Telephone: 214.382.9810
7   Facsimile: 214.501.0731

8   Gregory H. King
    Nevada Bar No. 7777
9   gking@kingdurham.com
    Matthew L. Durham
10  Nevada Bar No. 10342
    mdurham@kingdurham.com
11  KING & DURHAM PLLC
    6385 S. Rainbow Blvd., Suite 220
12  Las Vegas, Nevada 89118
    Telephone: (702) 833-1100
13  Facsimile: (702) 833-1107

14  Attorneys for Plaintiffs

15

16                  **UNITED STATES DISTRICT COURT**

17                    **FOR THE DISTRICT OF NEVADA**

18  KENNETH LANE, *et al.*,                 Case No. 2:20-cv-01716-APG-BNW

19          Plaintiffs,                     **STIPULATION AND ORDER TO
                                            EXTEND TIME TO RESPOND TO AND
20      v.                                  FILE A REPLY IN SUPPORT OF
                                            PLAINTIFFS' MOTION FOR
21  CONESTOGA SETTLEMENT SERVICES,          APPOINTMENT OF TEMPORARY
    LLC, *et al.*,                          RECEIVER AND PRELIMINARY
22                                          INJUNCTION (ECF NOS. 41 AND 42)
            Defendants.
23                                          **(First Request)**

24

25          On November 24, 2020, Plaintiffs filed a Motion for Appointment of Temporary Receiver

26  (ECF No. 41) and a Motion for Preliminary Injunction (ECF No. 42) (collectively, the "Motions").

27  Responses to the Motions are due by December 8, 2020. However, due to the many issues raised

28  in the Motions, the volume of exhibits attached to the Motions, and counsel's respective holiday

1    schedules, more time is needed to address the issues raised in the Motions.

2           Accordingly, Plaintiffs and Defendants Conestoga Settlement Services, LLC, Conestoga

3    International, LLC, Conestoga Trust Services, LLC, and Michael McDermott (collectively, the

4    "Conestoga Defendants"), by and through their respective counsel of record, hereby stipulate and

5    agree that:

6           • the Conestoga Defendants shall have a 30-day extension, until January 7, 2021, to file

7              their responses to Plaintiffs' Motions; and

8           • Plaintiffs shall have a 30-day extension, until February 8, 2021, to file their replies to

9              Conestoga Defendants' responses.

10          This is the first request for an extension of the briefing deadlines relating to the Motions.

11   DATED this 2nd day of December 2020          DATED this 2nd day of December 2020

12   ARMSTRONG TEASDALE LLP                       KING & DURHAM PLLC

13

14   By: /s/ Brandon P. Johansson                 By: /s/ Matthew L. Durham
     KEVIN R. STOLWORTHY, NV Bar 2798             MATTHEW L. DURHAM, NV Bar 10342
15   BRANDON P. JOHANSSON, NV Bar 12003           6385 S. Rainbow Blvd., Suite 220
     3770 Howard Hughes Parkway Suite 200         Las Vegas, Nevada 89118
16   Las Vegas, Nevada 89169                      Phone: (702) 833-1100
     Phone: (702) 678-5070
17                                                ADAM SANDERSON, pro hac vice
     JAMES C. ORR, pro hac vice                   REESE MARKETOS LLP
18   HEYGOOD, ORR & PEARSON                       750 N. Saint Paul St., Suite 600
     6363 North State Highway 161 Suite 450       Dallas, Texas 75201-3201
19   Irving, Texas 75038                          Phone: (214) 382-9810
     Phone: (214) 237-9001
20                                                Attorneys for Plaintiffs

21   Attorneys for Defendants Conestoga Settlement
     Services, LLC, Conestoga International, LLC,
22   Conestoga Trust Services, LLC, and Michael
     McDermott
23

24                                    **ORDER**

25          IT IS SO ORDERED.

26

27          DATED: _____December 2, 2020_____      _____
                                                   UNITED STATES DISTRICT COURT JUDGE
28

-2-