Adam Sanderson
Texas Bar No. 24056264
(*Admitted pro hac vice*)
adam.sanderson@rm-firm.com
Brett S. Rosenthal
Texas Bar No. 24080096
(*Admitted pro hac vice*)
brett.rosenthal@rm-firm.com
REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
Telephone: 214.382.9810
Facsimile: 214.501.0731

Gregory H. King
Nevada Bar No. 7777
gking@kingdurham.com
Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LANE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONESTOGA SETTLEMENT SERVICES, LLC, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-01716-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AND FILE A REPLY IN SUPPORT OF MOTION FOR TO DISMISS (ECF NO. 44)**<br><br>**(First Request)** |

On November 24, 2020, Defendants Conestoga Settlement Services, LLC, Conestoga International, LLC, Conestoga Trust Services, LLC, and Michael McDermott (collectively, the "Conestoga Defendants") filed a Motion to Dismiss Pursuant to Rule 12(b)(2) and Rule 12(b)(6) (ECF No. 44) (the "Motion"). Plaintiffs' response to the Motion is due by December 8, 2020. However, due to the many issues raised in the Motion, the volume of exhibits attached to the

Motion, and counsel's respective holiday schedules, more time is needed to address the issues raised in the Motion.

Accordingly, Plaintiffs and the Conestoga Defendants, by and through their respective counsel of record, hereby stipulate and agree that:

- Plaintiffs shall have a 30-day extension, until January 7, 2021, to file their response to the Motion; and
- the Conestoga Defendants shall have a 30-day extension, until February 8, 2021, to file their reply to the Plaintiffs' response.

This is the first request for an extension of the briefing deadlines relating to the Motion.

DATED this 2nd day of December 2020

ARMSTRONG TEASDALE LLP

By: */s/ Brandon P. Johansson*
KEVIN R. STOLWORTHY, NV Bar 2798
BRANDON P. JOHANSSON, NV Bar 12003
3770 Howard Hughes Parkway Suite 200
Las Vegas, Nevada 89169
Phone: (702) 678-5070

JAMES C. ORR, *pro hac vice*
HEYGOOD, ORR & PEARSON
6363 North State Highway 161 Suite 450
Irving, Texas 75038
Phone: (214) 237-9001

*Attorneys for Defendants Conestoga Settlement Services, LLC, Conestoga International, LLC, Conestoga Trust Services, LLC, and Michael McDermott*

DATED this 2nd day of December 2020

KING & DURHAM PLLC

By: */s/ Matthew L. Durham*
MATTHEW L. DURHAM, NV Bar 10342
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Phone: (702) 833-1100

ADAM SANDERSON, *pro hac vice*
REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
Phone: (214) 382-9810

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED: December 2, 2020

_____
UNITED STATES DISTRICT COURT JUDGE