1  Adam Sanderson
Texas Bar No. 24056264
2  (*Admitted pro hac vice*)
adam.sanderson@rm-firm.com
3  Brett S. Rosenthal
Texas Bar No. 24080096
4  (*Admitted pro hac vice*)
brett.rosenthal@rm-firm.com
5  REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
6  Dallas, Texas 75201-3201
Telephone: 214.382.9810
7  Facsimile: 214.501.0731

8  Gregory H. King
Nevada Bar No. 7777
9  gking@kingdurham.com
Matthew L. Durham
10  Nevada Bar No. 10342
mdurham@kingdurham.com
11  KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
12  Las Vegas, Nevada 89118
Telephone: (702) 833-1100
13  Facsimile: (702) 833-1107

14  Attorneys for Plaintiffs

15                  **UNITED STATES DISTRICT COURT**

16                  **FOR THE DISTRICT OF NEVADA**

17

18  KENNETH LANE, *et al.*,                    Case No. 2:20-cv-01716-APG-BNW

19            Plaintiffs,                       **STIPULATION AND ORDER TO
                                                EXTEND TIME TO RESPOND TO AND
20       v.                                     FILE A REPLY IN SUPPORT OF
                                                MOTION TO TRANSFER VENUE (ECF
21  CONESTOGA SETTLEMENT SERVICES,              NO. 34) MOTION TO COMPEL
    LLC, *et al.*,                              ARBITRATION (ECF NO. 35) AND
22                                              MOTION TO DISMISS (ECF NO. 36)
            Defendants.
23                                              **(Second Request)**

24

25  ///

26  ///

27  ///

28  ///

On November 9, 2020, Defendant Provident Trust Group, LLC ("Provident") filed a Motion to Transfer Venue (ECF No. 34), a Motion to Compel Arbitration (ECF No. 35), and a Motion to Dismiss Plaintiffs' Complaint Against Provident (collectively, the "Motions"). On November 18, 2020, Plaintiffs filed an Unopposed Motion for Extension of Time, requesting a 21-day extension of time (from November 23 to December 14) to respond to the Motions due to the significant briefing required to respond to the three Motions. The Unopposed Motion for Extension of Time was granted on November 19, 2020.

Plaintiffs now request an additional 30-day extension to respond to the Motions, and Provident requests 30 days to reply to Plaintiffs' response. The parties seek these extensions not for purposes of delay but because they need additional time to prepare the significant briefing on the Motions due to the holiday schedules of counsel and because Plaintiffs' counsel, Brett Rosenthal, and his wife are expecting the birth of their child this week.

Accordingly, Plaintiffs and Provident, by and through their respective counsel of record, hereby stipulate and agree that:

- Plaintiffs shall have a 30-day extension, until January 13, 2021, to file their responses to the Motions; and

- Provident shall have 30-days, until February 12, 2021, to file their replies to the Plaintiffs' responses.

///
///
///
///
///
///
///
///
///
///

1    This is the second request for an extension of the briefing deadlines relating to the

2  Motions.

3  DATED: December 7, 2020                        DATED: December 7, 2020

4  GREENBERG TRAURIG, LLP                         KING & DURHAM PLLC

5

6  By: */s/   Robert H. Bernstein*                By: */s/ Matthew L. Durham*

7  MARK E. FERRARIO, NV Bar 1625                  MATTHEW L. DURHAM, NV Bar 10342
   JASON K. HICKS, NV Bar 13149                   6385 S. Rainbow Blvd., Suite 220
8  10845 Griffith Peak Drive, Suite 600           Las Vegas, Nevada 89118
   Las Vegas, Nevada 89135                        Phone: (702) 833-1100
9  Phone: (702) 792-3773

10 ROBERT H. BERNSTEIN, *pro hac vice*            ADAM SANDERSON, *pro hac vice*
   500 Campus Drive, Suite 400                    REESE MARKETOS LLP
11 Florham Park, New Jersey 07932                 750 N. Saint Paul St., Suite 600
   Telephone: (973) 360-7900                      Dallas, Texas 75201-3201
12                                                 Phone: (214) 382-9810

13 *Attorneys for Defendant Provident Trust Group,*   *Attorneys for Plaintiffs*
   *LLC*

14

15                              **ORDER**

16     IT IS SO ORDERED.

17

18     DATED:   December 7, 2020         _____
                                         UNITED STATES DISTRICT COURT JUDGE
19

20

21

22

23

24

25

26

27

28