Adam Sanderson
Texas Bar No. 24056264
(*Admitted pro hac vice*)
adam.sanderson@rm-firm.com
Brett S. Rosenthal
Texas Bar No. 24080096
(*Admitted pro hac vice*)
brett.rosenthal@rm-firm.com
REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
Telephone: 214.382.9810
Facsimile: 214.501.0731

Gregory H. King
Nevada Bar No. 7777
gking@kingdurham.com
Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LANE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONESTOGA SETTLEMENT SERVICES, LLC, *et al.*, <br><br> Defendants. | Case No. 2:20-cv-01716-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT OF TEMPORARY RECEIVER AND PRELIMINARY INJUNCTION (ECF NOS. 41 AND 42)** <br><br> **(Second Request)** |

On November 24, 2020, Plaintiffs filed a Motion for Appointment of Temporary Receiver (ECF No. 41) and a Motion for Preliminary Injunction (ECF No. 42) (collectively, the "Motions"). The Conestoga Defendants' responses to the Motions were originally due on December 8, 2020. However, pursuant to a Stipulation and Order to Extend Time, which was entered on December 2, 2020 (ECF No. 53), the Conestoga Defendants were given until January 7, 2021, to file their

responses, and Plaintiffs were given until February 8, 2021, to file their replies.

The Conestoga Defendants filed their responses to the Motions on January 7, 2021. However, the Plaintiffs need additional time to prepare and file their replies to the responses due to the many issues raised therein and the volume of exhibits attached thereto. Accordingly, Plaintiffs and the Conestoga Defendants, by and through their respective counsel of record, hereby stipulate and agree that Plaintiffs shall have a 30-day extension, until Wednesday, March 10, 2021, to file their replies to Conestoga Defendants' responses.

This is the second request for an extension of the briefing deadlines relating to the Motions.

| | |
|---|---|
| DATED: February 8, 2021 | DATED: February 8, 2021 |
| ARMSTRONG TEASDALE LLP | KING & DURHAM PLLC |
| By: */s/    James C. Orr* <br> KEVIN R. STOLWORTHY, NV Bar 2798 <br> BRANDON P. JOHANSSON, NV Bar 12003 <br> 3770 Howard Hughes Parkway Suite 200 <br> Las Vegas, Nevada 89169 <br> Phone: (702) 678-5070 <br><br> JAMES C. ORR, *pro hac vice* <br> HEYGOOD, ORR & PEARSON <br> 6363 North State Highway 161 Suite 450 <br> Irving, Texas 75038 <br> Phone: (214) 237-9001 <br><br> *Attorneys for Defendants Conestoga Settlement Services, LLC, Conestoga International, LLC, Conestoga Trust Services, LLC, and Michael McDermott* | By: */s/ Matthew L. Durham* <br> MATTHEW L. DURHAM, NV Bar 10342 <br> 6385 S. Rainbow Blvd., Suite 220 <br> Las Vegas, Nevada 89118 <br> Phone: (702) 833-1100 <br><br> ADAM SANDERSON, *pro hac vice* <br> REESE MARKETOS LLP <br> 750 N. Saint Paul St., Suite 600 <br> Dallas, Texas 75201-3201 <br> Phone: (214) 382-9810 <br><br> *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

DATED: February 9, 2021

UNITED STATES DISTRICT COURT JUDGE