KEVIN R. STOLWORTHY, ESQ.
SBN 2798
BRANDON P. JOHANSSON, ESQ.
SBN 12003
**ARMSTRONG TEASDALE LLP**
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
kstolworthy@atllp.com
bjohansson@atllp.com

JAMES C. ORR, JR. ESQ./TX
SBN: 15313550
(*Admitted Pro Hac Vice*)
**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile: (214) 237-9002
jim@hop-law.com

*Attorneys for Conestoga Settlement Services, LLC, Conestoga International, LLC, Conestoga Trust Services, LLC, and Michael McDermott*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH LANE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CONESTOGA SETTLEMENT SERVICES, LLC, *et al.*,<br><br>Defendants. | CASE NO. 2:20-cv-01716-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE REPLY RELATED TO CONESTOGA SETTLEMENT SERVICES, LLC; CONESTOGA INTERNATIONAL, LLC; CONESTOGA TRUST SERVICES, LLC; AND MICHAEL MCDERMOTT'S MOTION TO STAY PENDING ARBITRATION, SUBJECT TO THEIR MOTIONS TO DISMISS (ECF NO. 78)**<br><br>**FIRST REQUEST** |

On January 25, 2021, Defendants Conestoga Settlement Services, LLC, Conestoga International, LLC, Conestoga Trust Services, LLC, and Michael McDermott (collectively, the "Conestoga Defendants") filed a Motion to Stay Pending Arbitration, Subject to their Motions to

1  Dismiss (ECF No. 78) (the "Motion"). On February 8, 2021, Plaintiffs filed their Response to the
2  Motion (ECF No. 93). The Conestoga Defendants' reply brief is due on February 16, 2021.
3  However, due to the severe weather impacting Texas in recent days where the Conestoga
4  Defendants' lead counsel is based, which has caused power outages affecting their ability to work,
5  the Conestoga Defendants are requesting a roughly one-week extension to file their reply in support
6  of the Motion to February 22, 2021.

7  Accordingly, Plaintiffs and the Conestoga Defendants, by and through their respective
8  counsel of record, hereby stipulate and agree that the Conestoga Defendants' reply brief in support
9  of the Motion shall be due on or before February 22, 2021. This is the first request to extend the
10 deadlines to file briefs related to the Motion.

11 DATED this 16th day of February, 2021.          DATED this 16th day of February, 2021.

12 ARMSTRONG TEASDALE LLP                           KING & DURHAM PLLC

14 By: /s/ Brandon P. Johansson                    By: /s/ Matthew L. Durham
   KEVIN R. STOLWORTHY, NV Bar 2798                MATTHEW L. DURHAM, NV Bar 10342
15 BRANDON P. JOHANSSON, NV Bar 12003              6385 S. Rainbow Blvd., Suite 220
   3770 Howard Hughes Parkway Suite 200            Las Vegas, Nevada 89118
16 Las Vegas, Nevada 89169                         Phone: (702) 833-1100
   Phone: (702) 678-5070

17                                                 ADAM SANDERSON, *pro hac vice*
   JAMES C. ORR, *pro hac vice*                    REESE MARKETOS LLP
18 HEYGOOD, ORR & PEARSON                          750 N. Saint Paul St., Suite 600
   6363 North State Highway 161 Suite 450          Dallas, Texas 75201-3201
19 Irving, Texas 75038                             Phone: (214) 382-9810
   Phone: (214) 237-9001

20                                                 *Attorneys for Plaintiffs*

21 *Attorneys for Defendants Conestoga Settlement
   Services, LLC, Conestoga International, LLC,
22 Conestoga Trust Services, LLC, and Michael
   McDermott*

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: February 16, 2021

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2021, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Jessica Myrold
An employee of Armstrong Teasdale LLP